**DANIEL L. HARRALSON, SBN. 109322**
Daniel L. Harralson Law Corporation
Post Office Box 26688
Fresno, California 93729-6688
Telephone (559) 486-4560
Facsimile (559) 486-4320
harralsonlaw@sbcglobal.net

Attorney for Defendant JUAN ANDRES ALMAREZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:12-CR-00328 LJO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING** |
| vs. | Hearing Date: July 7, 2014 |
| | Time: 8:30 am |
| JUAN ANDRES ALMAREZ | Judge: Honorable Judge Lawrence O'Neill |
| Defendant. | |

Defendant, **JUAN ANDRES ALMAREZ**, through his attorney of record, **DANIEL L. HARRALSON**, and the United States of America, through its counsel, Kathleen A. Servatius, Assistant United States Attorney, **hereby** stipulate to continue the defendant's Change of Plea hearing from **July 7, 2014 to July 14, 2014at 8:30 a.m.**

-1-
**STIPULATION AND ORDER TO CONTINUE HEARING**
US v. Juan Andres Almarez – 1:12-CR-328 LJO

This continuance is necessary as defendant's attorney is out of town on July 7, 2014 and requires additional time to meet with defendant to review and execute plea agreement.

Dated: July 2, 2014                                  Respectfully Submitted,

/s/ Daniel L. Harralson
DANIEL L. HARRALSON, ESQ.
Attorney for Juan Andres Almarez

Dated: July 2, 2014                                  /s/ Kathleen A. Servatius
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

## ORDER

Upon Stipulation of the parties and Good Cause Appearing therefore,

**IT IS HEREBY ORDERED** that the hearing in this matter presently set for July 7, 2014 at 8:30 a.m. is continued to July 14, 2014 at 8:30 am., to be heard before the Honorable Lawrence J. O'Neill.

**SO ORDERED**
**Dated: July 2, 2014**

**/s/ Lawrence J. O'Neill**
**United States District Judge**