# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:12-cr-00328-LJO-SKO-5 |
|---|---|
| Plaintiff, | MEMORANDUM DECISION AND ORDER RE DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2) |
| v. | |
| JUAN ANDRES ALMARAZ, | |
| Defendant. | (ECF No. 235) |

Before the Court is Defendant Juan Andres Almaraz's ("Defendant" or "Almaraz") *pro se* motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) ("§ 3582"), ECF No. 235, in accordance with United States Sentencing Guidelines ("USSG") § 1B1.10(b)(1) and Amendments 782 and 794 to the USSG. This is Defendant's second motion to reduce his sentence under § 3582. His first was filed on June 17, 2015. ECF No. 197. After Defendant filed that motion, the Court referred the case to the Office of the Federal Defender, which filed notice that it did not recommend appointment of counsel in the case. ECF No. 198. In a written order dated January 19, 2016, the Court examined Defendant's arguments and determined that given that his crimes involved more than 4.5 kilograms of actual methamphetamine, he was above the range affected by Amendment 782 and was not eligible for a reduced sentence. ECF No. 210. Defendant has identified no new facts or law, and the Court incorporates its prior opinion by reference. Defendant makes the additional argument not presented in his first § 3582 motion that he is eligible for a sentence reduction under Amendment 794 to the USSG. Defendant previously presented this argument in his request for appointment of counsel, ECF No. 217,

1

and the Court determined in a written decision dated January 3, 2017, that Amendment 794 did not apply to his case, ECF No. 218. That opinion is also incorporated by reference.

For the reasons explained in the Court's prior orders, ECF Nos. 210 and 218, Defendant is ineligible for a sentence reduction under § 3582.

**CONCLUSION AND ORDER**

For the foregoing reasons, **IT IS HEREBY ORDERED** that Defendant Juan Andres Almaraz's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) is **DENIED**.

IT IS SO ORDERED.

Dated: __August 2, 2018__     _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE